[Crim. No. 446. Department Two.—March 16, 1899.]

THE PEOPLE, Respondent, v. A. E. DAVIS et al., Appellants.

CRIMINAL LAW—FORGERY—ERRONEOUS INSTRUCTIONS—CASE AFFIRMED.— *People v. Compton*, 123 Cal. 403, affirmed as to the instructions to the jury therein held to be erroneous, relating to the disregard of corroborated evidence, the attempt to pass forged instruments, the corroboration of an accomplice, and the aiding and abetting of a felony.

APPEAL from a judgment of the Superior Court of Los Angeles County. B. N. Smith, Judge.

The facts are stated in the opinion of the court, and in *People v. Compton*, 122 Cal. 403.

Byron L. Oliver, for Appellants.

W. F. Fitzgerald, Attorney General, W. H. Anderson, Assistant Attorney General, and Charles H. Jackson, Deputy Attorney General, for Respondent.

GRAY, C.—The defendant appeals from a judgment convicting him of the crime of forgery. Compton, a codefendant of Davis in the information in this case, was tried and convicted in the superior court in Los Angeles county, and from such conviction he appealed, and this court reversed the judgment, holding four of the instructions of the court to the jury to be erroneous. (See *People v. Compton*, 123 Cal. 403.) The same instructions were repeated on the trial of the defendant Davis.

On the authority of that case (*People v. Compton, supra*), and for the reasons therein stated, I advise that the judgment herein be reversed.

Haynes, C., and Chipman, C., concurred.

For the reasons given in the foregoing opinion the judgment is reversed.          Henshaw, J., Temple, J., McFarland, J.